AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

MAY 27 2008

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| SYLVESTRE PEREZ-BRAVO | CASE NUMBER: 08CR1702-JAH |

I, SYLVESTRE PEREZ-BRAVO, the above named defendant, who is accused of committing the following offense:

> Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _5/27/08_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Silvestre Perez_
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer